# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 13, 2018

*By the Court:*

| No. 18-1021 | STEPHANIE D. WEST, Plaintiff - Appellant<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:16-cv-00424-WCL-SLC<br>Northern District of Indiana, Fort Wayne Division<br>District Judge William C. Lee | |

**IT IS ORDERED** that the nonprecedential disposition and judgment dated August 13, 2018, are **VACATED** as improvidently issued. This appeal remains under consideration by the court.

form name: **c7_Order_BTC**(form ID: **178**)